UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE J. HITCHCOCK,              ) | Civil No. 08cv2007-L(NLS) |
|                                             ) | |
|              Plaintiff,            ) | **ORDER REGARDING PLAINTIFF'S** |
|                                             ) | **CORRECTED INFORMATION** |
| v.                                        ) | |
|                                             ) | |
| STAN STANLEY, *et al.*,     ) | |
|                                             ) | |
|              Defendants.        ) | |
| _____ ) | |

Plaintiff Lyle J. Hitchcock, proceeding *pro se*, filed a civil rights complaint together with a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion").  On October 31, 2008, the court denied the IFP Motion because Plaintiff's declaration in support of the IFP Motion and his declaration in support of motion for appointment of counsel were inconsistent.  In support of his request for appointment of counsel Plaintiff declared that as recently as October 15, 2008 he was employed and earned a significant income, whereas in support of his IFP Motion he declared he was last employed in 2002.

Pursuant to the October 31 order, Plaintiff filed corrected information stating, based on his October 29, 2008 declaration in support of the IFP Motion, that he was last employed in October 2002.  However, Plaintiff did not explain the discrepancy between his October 29 declaration in support of the IFP Motion and his declaration of the same date in support of his request for appointment of counsel, and did not indicate whether his declaration in support of the request for appointment of counsel was incorrect.  Furthermore, the corrected information is not

stated under oath.  Accordingly, Plaintiff's corrected information is insufficient to support reopening this case and granting him IFP status.

Pursuant to this order, Plaintiff is granted 60 days' leave from the date this order is stamped filed to pay the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or to file another IFP motion.  If Plaintiff files another IFP motion, he must accompany it with a declaration under oath explaining the discrepancy between his two previously filed declarations and a statement indicating which information he had previously provided under oath was incorrect.  **IF PLAINTIFF CHOOSES TO FILE ANOTHER IFP MOTION, HE MUST ATTACH A COPY OF THIS ORDER.**

**IT IS SO ORDERED.**

DATED:  December 5, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL